# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Pamela L. Gaskins,                                   Case No. 3:20-cv-01063-JGC

    Plaintiff

    v.                                                        **ORDER**

Commissioner of Social Security,

    Defendant.

This is an appeal from the denial of Social Security benefits. I referred the case to a Magistrate Judge for filing of a Report & Recommendation, which the Magistrate Judge has filed (Doc. 19). In the Report & Recommendation, the Magistrate Judge recommends that I dismiss plaintiff's complaint and affirm the Commissioner's decision.

The Magistrate Judge has duly notified the plaintiff of the deadline for filing objections. That time has passed without the plaintiff having filed timely objections.

On *de novo* review, I find the Report & Recommendation well-taken in all respects.

Accordingly, it is hereby

**ORDERED THAT** the Magistrate Judge's Report & Recommendation (Doc. 19) be, and the same hereby is, adopted as the order of this court, and the complaint be, and the same hereby is, denied and dismissed, with prejudice.

So ordered.

                                                  /s/ James G. Carr
                                                Sr. U.S. District Judge